**ORIGINAL**

United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**

Docket No.
CR- 00-01298-CAS

| | |
|---|---|
| **Defendant** | Jamie Newburn |
| akas : | (None) |
| **& Residence Address** | 735 South Jackson, Unit 12 |
| | Jacksonville, Texas 75766 |
| | (903) 894-4651 (Mother's residence) |

Social Security No. 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

Mailing Address: Gateways Community Corrections Ctr
1801 Lakeshore Avenue
Los Angeles, California 90026

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 09/ | 14/ | 2001 |

**COUNSEL**: [✓] WITH COUNSEL
Humberto Diaz, Dep. Federal Public Defender
321 East Second Street
Los Angeles, California 90012
(213) 894-5308
(Name of Counsel)

**PLEA**: [ ] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDRE [X] NOT GUILTY

**FINDING**: There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

COUNT ONE- Interstate travel with intent to engage in criminal sexual activity in violation of 18 USC 2423(b);, and, COUNT TWO-Use of facility of interstate commerce in attempt in induce a minor to engage in criminal sexual activity in violation of 18 USC 2422(b).

**JUDGMENT AND PROB./COMMITMENT ORDER**: The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

**THIRTY-THREE (33) MONTHS on each of Counts 1 and 2 of the Indictment to be served concurrently. It is recommended that the defendant serve his term of imprisonment at the Bureau of Prison's sex offender treatment program at FCI Butner located at Old Highway 75, Post Office Box 1000, Butner, North Carolina, 27509 Tel: (919) 575-4541, Fax No: (919) 575-6341. If defendant cannot be designated to FCI Butner, then the Court recommends an FCI Facility with sex offender program care in Texas.**

Upon release from imprisonment the defendant shall be placed on supervised release for a terms of three (3) years on each of Counts 1 and 2, all such terms to run concurrently under the following terms and conditions.

1. The defendant shall comply with the rules and regulations of the United States Probation Office and General Order 318;

2. During the periord of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertianing to such payment;

3. The defendant shall not be employed in any position that requires licensing and/or certification by any local, state or ferderal agency without prior approval of the Probation Officer;

4. The defendant shall register with the State Sex Offender Registration Agency in any state where the defendant resides, is employed, carries on a vacation, or is a student, as directed by the Probation Officer;

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____     BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____     BY: _____

AO-245-A (01/90)      JUDGMENT AND PROBATION/COMMITMENT ORDER

United States District Court
Central District of California

UNITED STATES OF AMERICA    Docket No. CR 00-01298-CAS
vs
Defendant Jamie Newburn    DATE: September 14, 2001

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

continued from page 1

5. The defendant shall participate in a sexual offender psychological/psychiatric counseling or treatment program, as approved and directed by the Probation Officer;

6. The defendant shall not possess or have access in the home any device which offers Internet access;

7. The defendant shall not possess or obtain any sexually stimulating or sexually oriented material that is deemed inappropriate by his Probation Officer and/or treatment staff, or patronize any place where such material or entertainment is available;

8. The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades or other places primarily used by children under the age of 18, and;

9. The defendant shall not be employed by, affiliated with, own, control or otherwise participate directly or indirectly in conducting the affairs of any day-care facility, school, or other organization dealing with the care, custody or control of children under the age of 18 without the consent of the Probation Officer.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

It is ordered that the defendant shall pay to the United States a special assessment of $200, which is due immediately. It is further ordered that the bond be exonerated upon self-surrender.

The Court requests that the Bureau of Prisons designate defendant to the custody of FCI Butner not later than October 15, 2001. If designation is not made by October 15, 2001, the Bureau of Prisons may request that the court extend the designation date beyond October 15, 2001. Because the Court has ordered that defendant remain at Gateway pending designation by the Bureau of Prisons, the Court requests that the time served at Gateways after September 14, 2001 be credited against defendant's 33 month sentence.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: United States District Judge _Christina A. Snyder_
Christina A. Snyder

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed Sept 14, 2001    Sherri R. Carter, Clerk
By _____
Maynor Galvez, Deputy Clerk

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____  BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____  BY: _____

AO-245-A (01/90)         JUDGMENT AND PROBATION/COMMITMENT ORDER